# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CIVIL DOCKET FOR CASE #: 2:15−cv−00039

Robinson et al v. Oryx Oilfield Services, LLC
Assigned to: Judge Hilda G Tagle
Cause: 15:5(a) Fair Labor Standards Act

Date Filed: 01/13/2015
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Jerome Robinson**     represented by    **William Clifton Alexander**
Sico White Hoelscher &Braugh LLP
900 Frost Bank Plaza
802 N Carancahua Ste 900
Corpus Christi, TX 78401
361−653−3300
Fax: 361−653−3333
Email: calexander@swhhb.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Burt**     represented by    **William Clifton Alexander**
*Individually and on behalf of all others similarly situated*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig M Sico**
Sico, White, Hoelscher, Harris &Braugh, LLP
802 N Carancahua
Ste 900
Corpus Christi, TX 78401
361−653−3300
Fax: 361−653−3333
Email: csico@swhhb.com
*ATTORNEY TO BE NOTICED*

**Timothy Dean Raub**
Raub Law Firm PC
814 Leopard St
Corpus Christi, TX 78401
361−880−8181
Fax: 361−887−6521
Email: timraub@raublawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sergio Rivera**     represented by    **William Clifton Alexander**
*Individually and on behalf of all others similarly situated*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Craig M Sico**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Timothy Dean Raub**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Oryx Oilfield Services, LLC**   represented by   **Russell Daniel Cawyer**
    Kelly Hart et al
    201 Main Street
    Ste 2500
    Fort Worth, TX 76102
    817–878–2500
    Fax: 817–878–9280
    Email: russell.cawyer@khh.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Ezra Rodgers Kuenzi**
    Kelly Hart and Hallman
    201 Main St., Ste. 2500
    Fort Worth, TX 76102
    817–332–2500
    Email: ezra.kuenzi@kellyhart.com
    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2015 | 1 | COMPLAINT against Oryx Oilfield Services, LLC (Filing fee $ 400 receipt number 0541–14286995) filed by Jerome Robinson, Sergio Rivera, Jason Burt. (Attachments: # 1 Exhibit A–Jerome Robinson, # 2 Exhibit B–Jason Burt, # 3 Exhibit C–Sergio Rivera, # 4 Exhibit D–Robinson 12–26–2014 paycheck, # 5 Civil Cover Sheet)(Alexander, William) (Entered: 01/13/2015) |
| 01/13/2015 | 2 | Request for Issuance of Summons as to Oryx Oilfield Services, LLC, filed.(Alexander, William) (Entered: 01/13/2015) |
| 01/14/2015 |   | Summons Issued as to Oryx Oilfield Services, LLC. Issued summons returned to plaintiff by: First–class mail, filed.(dterrell, 2) (Entered: 01/14/2015) |
| 01/14/2015 | 3 | ORDER setting deadline. Joint Discovery/Case Management Plan due by 5/29/2015.(Signed by Judge Hilda G Tagle) Parties notified.(avleal, 1) (Entered: 01/14/2015) |
| 01/29/2015 | 4 | CERTIFICATE OF INTERESTED PARTIES by Jason Burt, Sergio Rivera, Jerome Robinson, filed.(Alexander, William) (Entered: 01/29/2015) |
| 02/10/2015 | 5 | RETURN of Service of SUMMONS Executed as to Oryx Oilfield Services, LLC served on 1/22/2015, answer due 2/12/2015, filed.(Alexander, William) (Entered: 02/10/2015) |

| | | |
|---|---|---|
| 02/12/2015 | 6 | ANSWER to 1 Complaint, by Oryx Oilfield Services, LLC, filed.(Cawyer, Russell) (Entered: 02/12/2015) |
| 02/12/2015 | 7 | CERTIFICATE OF INTERESTED PARTIES by Oryx Oilfield Services, LLC, filed.(Cawyer, Russell) (Entered: 02/12/2015) |
| 03/24/2015 | 8 | Unopposed MOTION to Transfer Case to Northern District of Texas, Fort Worth Division by Oryx Oilfield Services, LLC, filed. Motion Docket Date 4/14/2015. (Attachments: # 1 Appendix, # 2 Proposed Order)(Cawyer, Russell) (Entered: 03/24/2015) |
| 03/25/2015 | 9 | ORDER TO TRANSFER CASE to Northern District of Texas – Fort Worth Division; granting 8 Unopposed MOTION to Transfer Case to Northern District of Texas, Fort Worth Division (Signed by Judge Hilda G Tagle) Parties notified.(mserpa, 2) (Entered: 03/26/2015) |
| 03/25/2015 |  | Interdistrict transfer to Northern District of Texas – Fort Worth Division. Case transferred electronically. (mserpa, 2) (Entered: 03/26/2015) |